# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **JAMAAL BLANDING** | **CRIMINAL ACTION** <br><br> **NO. 18-249-3** |

### ORDER RE: MOTION TO SUPPRESS

**AND NOW**, this 24th day of June, 2019, for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that Defendant's Motion to Suppress Evidence pursuant to the Fourth Amendment of the Constitution (ECF 162, 195, 197, 282) is **DENIED**.

BY THE COURT:
/s/ *Michael M. Baylson*
_____
**Michael M. Baylson, U.S.D.J.**

O:\Criminal Cases\18cr249 US v West et al\18cr249 Blanding Order re Mot. to Suppress.docx