# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JAMAAL BLANDING** | **CRIMINAL ACTION**<br><br>**NO. 18-249-3** |

## ORDER RE: MOTIONS TO SUPPRESS

**AND NOW**, this 10th day of October, 2019, for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that the Motion to Suppress Evidence Obtained from the June 1, 2018 Warrant (ECF 401) and the Motion to Suppress Evidence Pursuant to a Warrantless Search and Seizure (ECF 405) are **DENIED**.

**BY THE COURT:**

*/s/ Michael M. Baylson*

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\Criminal Cases\18cr249 US v West et al\18cr249 Blanding Order 10072019.docx